## Synopsis
(Attempted Sex Trafficking of a Minor)

| | |
|---|---|
| **Name:** | James Lapierre |
| **Address:** (City & State Only) | Acton, New Hampshire |
| **Year of Birth and Age:** | 1975/48 |
| **Violations:** | Attempted Sex Trafficking of a Minor. See 18 U.S.C. §1591(a)(1); 1594(a) |
| **Penalties:** | No less than 10 years and up to life imprisonment; a fine of $250,000, or both. See 18 U.S.C. §1591(b)(2); 18 U.S.C. §3571(b)(3) |
| **Supervised Release:** | Not more than five years. See 18 U.S.C. §3583(b)(1) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than five years. See 18 U.S.C. §3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Up to life, less any term of imprisonment. See 18 U.S.C. §3583(h) |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | HSI/Eric Tracy |
| **Detention Status:** | PC Arrest |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Raphaelle A. Silver |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | N/A |

| **Y/N**         |                                                                                  |
|-----------------|----------------------------------------------------------------------------------|
| **Assessments:** | $100 See 18 U.S.C. §3013(a)(2)(A)<br>$5000.00 See 18 U.S.C. §3014(a)(1)         |
| **Forfeiture? Y/N** | Yes                                                                          |